NO. 07-07-0304-CV





IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



SEPTEMBER 26, 2007


______________________________



IN THE MATTER OF THE MARRIAGE OF MARY MCKAY


DUNCAN AND RICHARD WITT DUNCAN AND IN THE


INTEREST OF ROBERT RICHARD WITT DUNCAN CHILD


_________________________________



FROM THE 200th DISTRICT COURT OF TRAVIS COUNTY;



NO. D-1-FM-94-010519; HON. MARGARET A. COOPER, PRESIDING


_______________________________



ORDER ON MOTION TO VACATE AND DISMISS APPEAL


 _______________________________


Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ. 

 Appellant and appellee, by and through their attorneys, represent to the court that
the dispute has been settled. So too do they request that we "vacate" the trial court's
judgment and dismiss the appeal. Without passing on the merits of the case, we grant the
motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), vacate the trial court's
judgment, and dismiss the case. Tex R. App. P. 43.2(e) (stating that an appellate court
may vacate a trial court's judgment and dismiss the case). Our having done so at the
request of all the litigants, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 Brian Quinn

 Chief Justice